UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-80375-CIV-COHN/SELTZER

MALIBU MEDIA, LLC,

    Plaintiff,

vs.

JOHN DOE, subscriber assigned IP address 50.138.123.102,

    Defendant.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe [DE 8]. Because the Plaintiff has dismissed this case with prejudice, the Clerk of Court is hereby directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of May, 2014.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF